Argued and submitted July 25, sentences vacated; remanded for resentencing; otherwise affirmed September 8, petition for review denied December 20, 2005

(339 Or 700)

STATE OF OREGON,
*Respondent,*

*v.*

JOHN GARZA, JR.,
*Appellant.*

03C-47873; A123378

119 P3d 300

Jason E. Thompson argued the cause for appellant. With him on the brief was Ferder Casebeer & French LLP.

Ryan Kahn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Schuman, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004), *rev allowed*, 338 Or 583 (2005); *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).

---

* Landau, J., *vice* Richardson, S. J.